**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Roberto ARMENTA–OROZCO, Defendant—Appellant.**

**No. 04–50437.**

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.*

Filed July 26, 2006.

Mark F. Adams, Esq., San Diego, CA, for Defendant—Appellant.

Sherri Walker Hobson, Office of the U.S. Attorney, San Diego, CA, for Plaintiff—Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM **

Roberto Armenta–Orozco appeals from the district court's judgment imposing a 121–month sentence following his jury-trial conviction for conspiracy to distribute marijuana, possession of marijuana with intent to distribute, aiding and abetting, and importation of marijuana, in violation of 18 U.S.C. § 2 and 21 U.S.C. §§ 841(a)(1), 846, 952, and 960. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Armenta–Orozco contends that the district court erred by imposing a five-year term of supervised release because the U.S. Sentencing Guidelines, including the supervised release provisions, are unconstitutional. This contention is unavailing in light of *United States v. Booker,* 543 U.S. 220, 258, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *United States v. Huerta–Pimental,* 445 F.3d 1220, 1221 (9th Cir. 2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

